**[J-35-2014]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

TRISTAN ASSOCIATES,                    : No. 68 MAP 2013
                                       :
                    Appellant          :
                                       :
                                       :
            v.                         :
                                       :
                                       :
COMMONWEALTH OF PENNSYLVANIA,          :
                                       :
                    Appellee           :

**ORDER**

**PER CURIAM**                    **DECIDED:   October 30, 2014**

**AND NOW**, this 30th day of October, 2014, the Order of the Commonwealth Court
is AFFIRMED.

Former Justice McCaffery did not participate in the decision of this case.